IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
DWAYNE E. CROPPER,              )
                                )
        Plaintiff,              )
                                )
        v.                      ) Civ. No. 04-1329-JJF
                                )
THOMAS CARROLL, C/O POLK,       )
C/O MORRISON, C/O BURNELL,      )
I/M THEODORE HARRIS, and I/M    )
DAVID TAYLOR,                   )
                                )
        Defendants.             )
```

**ORDER**

WHEREAS, plaintiff, Dwayne E. Cropper, SBI #158839 is a prisoner incarcerated at the Delaware Correctional Center in Smyrna, Delaware, and on October 4, 2004, plaintiff filed a complaint under 42 U.S.C. § 1983;

WHEREAS, on November 23, 2004, this Court granted the plaintiff leave to proceed in forma pauperis, assessed $12.72 as an initial partial filing fee, and ordered him to file an authorization form within thirty (30) days from the date the order was sent or the case would be dismissed without prejudice (D.I. 7);

WHEREAS, on December 21, 2004, the plaintiff filed the required authorization form (D.I. 10);

WHEREAS, on February 23, 2005, the plaintiff filed a letter motion which appears to request leave to amended and/or

voluntarily dismiss the complaint (D.I. 11);

THEREFORE, at Wilmington this __16__ day of __March__, 2005, IT IS ORDERED that:

1. The plaintiff shall notify the Court within thirty days from the date that this order is mailed of his intent to either amend or voluntarily dismiss the complaint.

2. If plaintiff fails to notify the Court within the time prescribed, the Court shall interpret plaintiff's letter motion as a motion to voluntarily dismiss the complaint without prejudice, and shall so dismiss the complaint.

_____
United States District Judge

2