TO: Hon JJF
United State District Court of DE
844 King St
Wilm, DE 19801



Fr: Dwayne E. Cropper, #158839
DCC Unit 21
Smyrna, DE 19977

Dt: 03/28/05

RE: Order dated 03/16/05    Cropper -vs- Carroll, et.al Civil. No. 04-1329 JJF
(B) Plaintiff respond

Dear; Hon Joe Farner Jr. I am the above plaintiff in Civil Action -
No: 04-1329 JJF

(A). I do intent to amend my Civil complaint, and add Department-
of Correction Commissioner Stan Taylor as a defendant within next -
30-60 days.

(B). There other issue is, there are two inmates on complaint as "defendants"
as of 03/28/05 effectly. This Honorable Court can dismissed them as defendants
Inmate Theodore Harris / Inmate David Taylor;   They will be
my witness at Trail.

Thank-you for your time and consideration.

Cc:
USDC - Clerk
Hon JJF

Sincerely yours
Dwayne Cropper #158839
Dwayne E. Cropper
DCC Unit 21
Smyrna, DE 19977

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 11/23/2004

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : CROPPER, DWAYNE E | SBI# : 00158839 | Institution : DCC |
| Grievance # : 8971 | Grievance Date : 11/17/2004 | Category : Individual |
| Status : Unresolved | Resolution Status : | Resol. Date : |
| Grievance Type: Medical Staff | Incident Date : 11/12/2004 | Incident Time : 09:00 |
| IGC : Merson, Lise M | Housing Location : Bldg 2, Upper, Tier C, Cell 6, Single | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Nurse Branch been charging me every since this incident happened 3 months ago. Today she charged me $6.00 why? charge me when the bill's should go towards the prison, slipped fall in water cause this condition. I would like a outside doctor opinion about my condition. they're not taking my problem serious. Some day I be in pain where I'll hollar, I even fall to the floor for couple minutes yes I do try to excerise to stand up straight it cause me more pain, the same way whne they cuff me from behind

**Remedy Requested :** I'll want to see someone that's gone to be proffessional, treated also request to be reminburse all money from medical from 8/20/04 until 11/17/04, also compensate for pain suffering. I request to see outside back specialist doctor.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : YES | Date Received by Medical Unit : 11/23/2004 |
| Investigation Sent : 11/23/2004 | Investigation Sent To : Wolken, Gina |
| Grievance Amount : | |

3/21/05 I heard this grievance, medical staff said they're not reimburse none of my money back, also it's been three month since medical staff said I'm gone to see Doctor Ali. As of today still ain't seen no back specialist. They stop all medications, motrins, vitams I'll appeal this grievance

3/22/05 - I never gotten to see no specialist for my back since this happen, still have back problem off and on, I'll stop complaining to medical staff because they're not going to do nothing!

DCC  Delaware Correctional Center                                       Date: 11/23/2004
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

# INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION |||
|---|---|---|
| Offender Name : CROPPER, DWAYNE E | SBI# : 00156839 | Institution : DCC |
| Grievance # : 8971 | Grievance Date : 11/17/2004 | Category : Individual |
| Status : Unresolved | Resolution Status: | Inmate Status : |
| Grievance Type: Medical Staff | Incident Date : 11/12/2004 | Incident Time : 09:00 |
| IGC : Merson, Lise M | Housing Location : Bldg 19, Upper, Tier C, Cell 6, Single ||

### INFORMAL RESOLUTION

**Investigator Name** : Wolken, Gina               **Date of Report** 11/23/2004

**Investigation Report :**

**Reason for Referring:**

*No longer in SHU — not being cuffed. Problem resolved. Error.*

*You are scheduled to see Dr. Ali*

Offender's Signature: _Refused to sign_
Date: 1/12/05
Witness (Officer): _Kimberly Shoemaker_

DCC Delaware Correctional Center  
Smyrna Landing Road  
SMYRNA DE, 19977  
Phone No. 302-653-9261

Date: 11/23/2004

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name**: CROPPER, DWAYNE E | **SBI#** : 00158839 | **Institution** : DCC |
| **Grievance #** : 8970 | **Grievance Date** : 11/15/2004 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status** : | **Resol. Date** : |
| **Grievance Type**: Health Issue (Medical) | **Incident Date** : 08/20/2004 | **Incident Time** : |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg ~~E~~ Upper, Tier C, Cell 6, Single | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** I continue to have serious back pain. Also wrote sck call slip plenty of times about this injury. The pain medication stopped 11/13/04 now I'm suffering with pain in back when they cuff me from behind the pain gets worst. I been complaining about these incident with these cuff behind back for a while now. I'll even gave nurse sick call slip asking to put in for memo about this problem because it deathly that when they're cuffing also one officer twisted my arm alway up ward towards my back.

**Remedy Requested** : Continue medication, also send me meo to be cuffed in front also to officers because my back be in serious pain, when they're twisting my arms towards my back.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance** : YES | **Date Received by Medical Unit** : 11/23/2004 |
| **Investigation Sent** : 11/23/2004 | **Investigation Sent To** : Wolken, Gina |
| **Grievance Amount** : | |

**DCC  Delaware Correctional Center**
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 11/23/2004

## INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| Offender Name : CROPPER, DWAYNE E | SBI# : 00158839 | Institution : DCC |
| Grievance # : 8970 | Grievance Date : 11/15/2004 | Category : Individual |
| Status : Unresolved | Resolution Status: | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 08/20/2004 | Incident Time : |
| IGC : Merson, Lise M | Housing Location :Bldg 19, Upper, Tier C, Cell 6, Single | |

### INFORMAL RESOLUTION

**Investigator Name** : Wolken, Gina       **Date of Report** 11/23/2004

**Investigation Report** :

**Reason for Referring:**

*No longer in SHU. Arms not being cuffed. Problem resolved.*

Offender's Signature: *Dwayne Cropper*
Date : 1/12/05
Witness (Officer) : *Kimby Sommaker*

# Delaware Department of Correction
# Health Care Services Fee Sheet

==========================================================================

**Inmate Name** _____  **SBI #** _____

(Last, First MI)

**Facility** _____  **Date** _____

  ___ Chargeable Visit               $4.00
  ✓ Non Chargeable Visit              -0-
  ___ Medication Handling Fee ($2.00 X _____ )      $_____

### Total Amount Charged To Inmate Account      $__/__

**Health Care Staff Signature:** _____

==========================================================================

I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES DESCRIBED ABOVE.

**Inmate Signature:** _____  **Date:** _____

1) *Witness Signature: _____  **Date:** _____

2) *Witness Signature: _____  **Date:** _____

==========================================================================

The fee for services rendered will be deducted from your inmate account even if the amount deducted generates a negative balance. Any funds received by you will first be applied to any negative balance. Any negative balance remaining on your account when you are released will remain active for three (3) years after the date of release. Should you return to Delaware Department of Correction as an inmate within that three (3) year period, the negative balance will be applied to your inmate account on your new commitment.

Distribution:
Original: Facility Business Office   Posted/Entered by _____ Date _____
Copy:   Inmate Medical Record (yellow)
     Inmate (pink)

*Only needed if inmate refuses or is unable to sign.
**FORM #: 621**

3 part NCR

(C:Copay.96:Form.4)

# Delaware Department of Correction
# Health Care Services Fee Sheet

========================================================================

Inmate Name _____   SBI # _____

(Last, First MI)

Facility _____   Date ____11/1/04_____

| | | |
|---|---|---|
| ___ | **Chargeable Visit** | $4.00 |
| ✓ | **Non Chargeable Visit** | -0- |
| ✓ | **Medication Handling Fee ($2.00 X __ )** | $_____ |

**Total Amount Charged To Inmate Account**          $6.00

**Health Care Staff Signature:** _____

========================================================================

I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES DESCRIBED ABOVE.

Inmate Signature: _____   Date: _____

1) *Witness Signature: _____   Date: _____

2) *Witness Signature: _____   Date: _____

========================================================================

The fee for services rendered will be deducted from your inmate account even if the amount deducted generates a negative balance. Any funds received by you will first be applied to any negative balance. Any negative balance remaining on your account when you are released will remain active for three (3) years after the date of release. Should you return to Delaware Department of Correction as an inmate within that three (3) year period, the negative balance will be applied to your inmate account on your new commitment.

Distribution:
Original: Facility Business Office     Posted/Entered by_____   Date_____
Copy:    Inmate Medical Record (yellow)
         Inmate (pink)

*Only needed if inmate refuses or is unable to sign.
**FORM #: 621**

3 part NCR

(C:Copay.96:Form.4)

## Delaware Department of Correction
## Health Care Services Fee Sheet

Inmate Name: _____   SBI # 158839

(Last, First MI)

Facility: _____   Date: 9/14/04

   ___ Chargeable Visit     $4.00
   ___ Non Chargeable Visit     -0-
   ___ Medication Handling Fee ($2.00 X __2__)     $_____

**Total Amount Charged To Inmate Account**     $4

Health Care Staff Signature: _____

I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES DESCRIBED ABOVE.

Inmate Signature: *Inmate*   Date: 9/14/04
1) *Witness Signature: _____   Date: 9/14/04
2) *Witness Signature: Sgt. James Thomas   Date: _____

The fee for services rendered will be deducted from your inmate account even if the amount deducted generates a negative balance. Any funds received by you will first be applied to any negative balance. Any negative balance remaining on your account when you are released will remain active for three (3) years after the date of release. Should you return to Delaware Department of Correction as an inmate within that three (3) year period, the negative balance will be applied to your inmate account on your new commitment.

Distribution:
Original: Facility Business Office    Posted/Entered by _____ Date _____
Copy:    Inmate Medical Record (yellow)
         Inmate (pink)

*Only needed if inmate refuses or is unable to sign.
**FORM #: 621**

3 part NCR