IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DWAYNE E. CROPPER,          :
                            :
        Plaintiff,          :
                            :
    v.                      :   Civil Action No. 04-1329-JJF
                            :
THOMAS CARROLL, C/O POLK,   :
C/O MORRISON, C/O BURNELL,  :
I/M THEODORE HARRIS, and    :
I/M DAVID TAYLOR,           :
                            :
        Defendants.         :

### ORDER

WHEREAS, Plaintiff filed a Motion To Amend Complaint (D.I. 13), which requested that the Court add Stan Taylor as a Defendant and remove David Taylor and Theodore Harris as Defendants;

WHEREAS, "[a] party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served." Fed. R. Civ. P. 15(a);

WHEREAS, a responsive pleading has not been served;

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Motion To Amend Complaint (D.I. 13) is **GRANTED**.

October 6, 2005

_____
UNITED STATES DISTRICT JUDGE