In The United States District Court

For The District of Delaware

Dwayne E. Cropper, )
    Plaintiff, )
)
)
v. ) Civ. No. 04-1329-JJF
)
)
Thomas Carroll, et al., )
    Defendants. )

FILED
OCT 25 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Motion For Enlargement of Time

Pursuant to Federal Rules of Civil Procedure, plaintiff move for enlargement of time to respond to court's order dated October 11, 2005.

This enlargement requested for following reasons:

1. Plaintiff need additional time to secure additional pertinent information.

2. Defendants will not be subject to any prejudice, and plaintiff's first request.

3. Plaintiff does not have physical access to law library, due to current housing status.

4. Law Library does not assist with preparation of motions or briefs.

5. In interest of justice, granting of this motion required.

Wherefore, plaintiff request this Court grant 45 day enlargement of time, from filing of motion.

Dated: October 20, 2005

Dwayne E. Cropper, 158839
D.C.C. - Bldg. 21C
1181 Paddock Road
Smyrna, DE 19977

[Postmark: WILMINGTON DE 198, PM 24 OCT 2005]

Clerk of the Court
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

I/M Dwayne E. Cropper
SBI# 156639  UNIT 21C
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M
X-RAY