IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DWAYNE E. CROPPER, :
:
    Plaintiff, :
:
v. : Civil Action No. 04-1329-JJF
:
THOMAS CARROLL, C/O POLK, :
C/O MORRISON, C/O BURNELL, :
and COMMISSIONER STAN TAYLOR, :
:
    Defendants. :

### ORDER

WHEREAS, on October 11, 2005, the Court dismissed without prejudice Plaintiff's Complaint (D.I. 16);

WHEREAS, Plaintiff was given 20 days from the date the Order was mailed to amend his Complaint;

WHEREAS Plaintiff filed a Motion For Extension Of Time (D.I. 17) on October 25, 2005, requesting the Court extend the time for Plaintiff to amend his Complaint by 45 days;

NOW THEREFORE IT IS HEREBY ORDERED that:

1. Plaintiff's Motion For Extension Of Time (D.I. 17) is **GRANTED**.

2. Plaintiff has until December 16, 2005 to amend his Complaint.

November 3, 2005

_____
UNITED STATES DISTRICT JUDGE