D.C.C. Bldg.
1181 Paddock Road
Smyrna, DE 19947
December 17, 2005

RECEIVED
DEC 21 2005

The Honorable Joseph J. Farnan
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

Re: Cropper v. Carroll, et al.
C.A. No. 04-1329-JJF
Enlargement of Time

Dear Judge Farnan:

Having recently been granted extension, said having expired. Requesting additional Fifteen (15) days, inmate assisting (Robert Saunders) abruptly moved to minimum security.

Feel amendment will be finalized, within aforementioned time frame.

Sincerely,

Dwayne E. Cropper, 158839

cc: Clerk of the Court