IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DWAYNE E. CROPPER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 04-1329-JJF ) |
| WARDEN THOMAS CARROLL, et al., | ) ) ) |
| Defendants. | ) |

**ORDER**

WHEREAS, Plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 4, 2004;

WHEREAS, on October 11, 2005, the complaint was dismissed as frivolous and Plaintiff was given leave to file an amended complaint (D.I. 16);

WHEREAS, Plaintiff moved for, and was granted, an extension of time up to December 16, 2005, to file an amended complaint (D.I. 17, 18);

WHEREAS, Plaintiff seeks an additional 15 days to file his amended complaint (D.I. 19);

THEREFORE, at Wilmington this _15_ day of February, 2006, IT IS HEREBY ORDERED that Plaintiff's request is **GRANTED**. Plaintiff is given 15 days from the date of this order to submit an amended complaint.

United States District Judge