IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DWAYNE E. CROPPER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 04-1329-JJF ) |
| WARDEN THOMAS CARROLL, et al., | ) ) ) |
| Defendants. | ) |

### ORDER

WHEREAS, Plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 4, 2004;

WHEREAS, on October 11, 2005, the complaint was dismissed as frivolous and Plaintiff was given leave to file an amended complaint (D.I. 16);

WHEREAS, Plaintiff moved for, and on two separate occasions was granted, extensions of time to file an amended complaint, the last extension giving Plaintiff fifteen days from February 2006, to file an amended complaint (D.I. 17, 18, 19, 20);

WHEREAS, the time has passed and an amended complaint has not been filed;

THEREFORE, at Wilmington this 25 day of March, 2006, IT IS ORDERED that the case is closed for failure to file an amended complaint.

UNITED STATES DISTRICT JUDGE